UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION

ROMAN A. BROWN                                  NUMBER 04-63-BAJ-SCR

### **NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, April 21, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                        CRIMINAL ACTION

ROMAN A. BROWN                                NUMBER 04-63-BAJ-SCR

## MAGISTRATE JUDGE'S REPORT

Before the court is the Petitioner's Motion and Memorandum of Law In Support of Petition For Writ of Habeas Corpus Filed Pursuant To Title 28 United States Code Section 2255(a) by Roman A. Brown. Record document number 99.

For the reasons which follow, the petitioner's § 2255 motion should be dismissed without prejudice to the petitioner's right to file a motion for leave to file a successive § 2255 motion in the United States Court of Appeals for the Fifth Circuit.

### I. Procedural History

In 2004, the petitioner pled guilty to possession of a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1) and was sentenced under the Armed Career Criminal Act pursuant to 18 U.S.C. § 924(e) and U.S.S.G. § 4B1.4. Petitioner was sentenced to 210 months imprisonment.

Petitioner's sentence was affirmed on appeal. *United States v. Brown*, 437 F.3d 450 (5th Cir. 2006).

On July 13, 2011, the petitioner filed a Motion to Correct

Illegal/Unconstitutional/Incorrect Sentence Under Title 28 U.S.C. § 2255 and Rule 60(b) 28 U.S.C. § 2244 and 28 U.S.C. § 2254.[1] Petitioner's motion was denied on November 11, 2011.[2]

On July 22, 2014, the United States Court of Appeals for the Fifth Circuit denied Brown's motion for leave to file a second or successive § 2255 motion. Petitioner sought to assert the same claims he alleged in his current § 2255 motion.[3]

The motion presently before the court is considered to be a successive petition as described by 28 U.S.C. § 2244. Before the petitioner's current motion can be considered on the merits by this court, the petitioner must obtain authorization to file it from the United States Court of Appeals for the Fifth Circuit.[4] Until such time as the petitioner obtains said authorization, this court may not proceed.

---

[1] Record document number 65.

[2] Record document numbers 78 and 79.

[3] Record document number 98.

[4] In order to overcome the prohibition against the filing of a successive claim under that section, the petitioner must establish one of the following exceptions:
1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.
28 U.S.C. § 2255.

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the successive Motion and Memorandum of Law In Support of Petition For Writ of Habeas Corpus Filed Pursuant To Title 28 United States Code Section 2255(a) by Roman A. Brown be dismissed, without prejudice to the petitioner filing a motion for leave to file a successive § 2255 motion in the United States Court of Appeals for the Fifth Circuit.

Baton Rouge, Louisiana, April 21, 2015.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE