UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| ROMAN A. BROWN | NO.: 04-00063-BAJ-SCR |

## RULING AND ORDER

This matter comes before the Court on Petitioner Roman A. Brown's **Motion and Memorandum of Law in Support of Petition for Writ of Habeas Corpus Filed Pursuant to Title 28 United States Code Section 2255(a) (Doc. 99)**. The Magistrate Judge issued a Report (Doc. 101), recommending that the Court dismiss Brown's petition without prejudice to Brown filing a motion for leave to file a successive § 2255 motion in the U.S. Court of Appeals for the Fifth Circuit. Brown filed no objections to the Magistrate Judge's Report.

Having carefully considered Brown's petition, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 101)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner Roman A. Brown's **Motion and Memorandum of Law in Support of Petition for Writ of Habeas Corpus Filed Pursuant to Title 28 United States Code Section 2255(a) (Doc. 99)** is **DISMISSED WITHOUT PREJUDICE** to Brown's right to file a motion for leave to file a successive § 2255 motion in the U.S. Court of Appeals for the Fifth Circuit.

Baton Rouge, Louisiana, this 26th day of May, 2015.

/s/ Brian A. Jackson
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA